UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
BETH PHANENBECKER

    Debtor  
SSN XXX-XX-9986

CASE NO. 07 B 16605

CHAPTER 13

JUDGE: MANUEL BARBOSA

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/12/07 .

2. The case was dismissed without confirmation, 02/21/2008.

3. The Debtor paid a total of $    800.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER     , was allowed $    3500.00 and was paid $    1721.00   direct and $    753.60   through the plan.

The Trustee received $    46.40 .

Refunds to the Debtor totaled $    .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/16/08

/S/  
GLENN STEARNS  
CHAPTER 13 TRUSTEE

```
                              PAGE  2
   CASE NO. 07 B 16605 BETH PHANENBECKER
```